

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

JAMES HANLEY FEDERAL BUILDING
100 SOUTH CLINTON STREET
SYRACUSE, NEW YORK 13261-7367
(315) 234-8500

May 2, 2008

Hon. Andrew M. Cuomo
New York State Attorney General
State of New York
The Capitol
Albany, NY 12224

RECEIVED
NYS OFFICE OF THE ATTORNEY GENERAL
MAY 0 5 2008
OFFICE OF LEGAL RECORDS
ALBANY, NEW YORK 12224

RE: Dukes v. Senkowski
Civil Action No. 9:02-CV-0455

Dear Sir or Madam:

Enclosed please find State Court Records in the above entitled case. This matter is now closed.

Kindly acknowledge receipt on the enclosed copy of this letter and return to the undersigned.

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

By: NAS, Deputy Clerk

enclosures

Received by: *Frank Brady*